UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ANDREW HAMPTON, | No. 2:19-cv-0851 DAD SCR P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIF., et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed this civil rights action under 42 U.S.C. §1983. Plaintiff alleges federal and state law violations related to his 2009 criminal trial. In an order filed July 22, 2024, the court reviewed recent state court proceedings regarding the crimes for which plaintiff was convicted in 2009. Based on changes resulting from those proceedings, the court gave plaintiff an opportunity to inform the court within thirty days whether he wishes to proceed with his second amended complaint filed in 2020 or wishes to file a third amended complaint. (ECF No. 51.)

Thirty days have passed and plaintiff has not filed the statement ordered by the court or otherwise responded to the July 22 order. Plaintiff will be given one more opportunity to do so. Plaintiff is warned that if he fails to file a timely statement, this court will recommend this action be dismissed for plaintiff's failure to comply with court orders. See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

1      Accordingly, IT IS HEREBY ORDERED that within 21 days of the date of this order, plaintiff shall file a statement informing the court whether he wishes to proceed with his second amended complaint or file a third amended complaint. If plaintiff fails to file a timely statement, this court will recommend this action be dismissed.

DATED: September 8, 2024

SEAN C. RIORDAN  
UNITED STATES MAGISTRATE JUDGE

2