1

2

3

4

5

6

7

8                                      UNITED STATES DISTRICT COURT

9                                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     JONATHAN ANDREW HAMPTON,                           No.  2:19-cv-0851 DAD SCR P

12                          Plaintiff,

13              v.                                          FINDINGS AND RECOMMENDATIONS

14     STATE OF CALIF., et al.,

15                          Defendants.

16

17          Plaintiff, proceeding pro se, filed this civil rights action under 42 U.S.C. §1983.  Plaintiff

18     alleges federal and state law violations related to his 2009 criminal trial.  In an order filed July 22,

19     2024, the court reviewed recent state court proceedings regarding the crimes for which plaintiff

20     was convicted in 2009.  Based on changes resulting from those proceedings, the court gave

21     plaintiff an opportunity to inform the court within thirty days whether he wishes to proceed with

22     his second amended complaint filed in 2020 or wishes to file a third amended complaint.  (ECF

23     No. 51.)  When plaintiff did not file a timely statement, this court gave plaintiff an additional

24     twenty-one days to do so.  (Sept. 9, 2024 Order; ECF No. 53.)  Plaintiff was warned that if he

25     again failed to file a timely statement, this court would recommend this action be dismissed for

26     plaintiff's failure to comply with court orders.  See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

27     ////

28     ////

                                                          1

1       Twenty-one days have passed and plaintiff has not filed a statement regarding his wishes

2   for proceeding with this case.  Nor has plaintiff otherwise responded to the court's September 9

3   order.  Therefore, this court will recommend this action be dismissed.

4       For the foregoing reasons, IT IS HEREBY RECOMMENDED that this this action be

5   dismissed for plaintiff's failure to comply with court orders.  <u>See</u> Fed. R. Civ. P. 41; E.D. Cal. R.

6   110.

7       These findings and recommendations will be submitted to the United States District Judge

8   assigned to the case, pursuant to the provisions of 28 U.S.C. §636(b)(l).  Within twenty-one days

9   after being served with these findings and recommendations, plaintiff may file written objections

10  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

11  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

12  time may result in waiver of the right to appeal the district court's order.  <u>Martinez v. Ylst</u>, 951

13  F.2d 1153 (9th Cir. 1991).

14  DATED: October 25, 2024

15

16          SEAN C. RIORDAN

17          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28