1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JONATHAN ANDREW HAMPTON,              No.  2:19-cv-00851-DAD-SCR (PC)

12                   Plaintiff,

13         v.                              ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS AND DISMISSING
14    STATE OF CALIFORNIA, et al.,         THIS ACTION

15                   Defendants.           (Doc. No. 54)

16

17

18         Plaintiff Jonathan Andrew Hampton is a state prisoner proceeding *pro se* and *in forma*

19    *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred

20    to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On October 28, 2024, the assigned magistrate judge issued findings and recommendations

22    recommending that this action be dismissed due to plaintiff's failure to comply with court orders.

23    (Doc. No. 54 at 2.)  Specifically, the magistrate judge noted that the court provided plaintiff an

24    opportunity to inform the court within thirty days whether he wished to proceed with his second

25    amended complaint filed in 2020 or wished to file a third amended complaint.  (*Id.* at 1.)  When

26    plaintiff did not file a timely statement in response to that order, the magistrate judge granted

27    plaintiff an additional twenty-one days to do so.  (*Id.*)  Plaintiff was warned that if he again failed

28    to file a timely statement in response to the court's order, the magistrate judge would recommend

                                                1

1    this action be dismissed due to plaintiff's failure to comply with court orders. (*Id.*) Twenty-one

2    days has passed, and plaintiff has not filed a statement regarding his wishes for proceeding with

3    this case. (*Id.*)

4         The pending findings and recommendations were served on the parties and contained

5    notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.*

6    at 2.) To date, no objections to the findings and recommendations have been filed, and the time

7    in which to do so has now passed.

8         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

9    *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

10   findings and recommendations are supported by the record and by proper analysis.

11        Accordingly:

12        1.    The findings and recommendations issued on October 28, 2024 (Doc. No. 54) are

13              ADOPTED in full;

14        2.    This action is DISMISSED without prejudice, due to plaintiff's failure to comply

15              with court orders; and

16        3.    The Clerk of the Court is directed to CLOSE this case.

17        IT IS SO ORDERED.

18   Dated:   **April 17, 2025**

19                                              DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2